**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ELLMAN AESTHETICS, LLC, and                    CASE NO.: **1:26−CV−12084−LTS**
DAVID ELLMAN MD,

      Plaintiffs,

v.

BTL INDUSTRIES, INC.,

      Defendant.

_____/

**MOTION FOR *PRO HAC VICE* ADMISSION OF GARY N. MANSFIELD**

COMES NOW, Marian A. Kornilowicz ("Movant"), respectfully moves for admission *pro hac vice* of Gary N. Mansfield as counsel for Plaintiffs in the above-captioned proceeding. In support of this motion, Movant states as follows:

1.      Movant is an active member in good standing admitted to the United States District Court for the District of Massachusetts.

2.      Gary N. Mansfield is a member of the bar in good standing in every jurisdiction where he is admitted to practice, specifically the Florida Bar.

3.      Gary N. Mansfield has no disciplinary proceedings pending against him.

4.      Gary N. Mansfield is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

5.      The following is the full address and phone number of Gary N. Mansfield:

      Mansfield, Bronstein & Stone, LLP
      200 E. Broward Blvd., Suite 1250
      Fort Lauderdale, FL 33301
      Tel: 954-601-5600

6.      The required filing fee has been paid simultaneously with the filing of this motion.

7.    I hereby certify that the foregoing statements are true of my own knowledge and personal belief.

WHEREFORE, Movant respectfully requests that Gary N. Mansfield be admitted *pro hac vice* to appear on behalf of and act as counsel for Plaintiffs in the above captioned proceeding. Dated this 10th day of June 2026.

Respectfully submitted,

_____
Marian A. Kornilowicz (BBO# 277680)
COHEN, SEGLIAS PALLAS,
GREENHALL & FURMAN, P.C.
1600 Market St., 32nd Floor
Philadelphia, PA 19103
Tel.: 215-564-1700
Fax: 512-564-3066
mak@cohenseglias.com

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

_____

2