## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

ELLMAN AESTHETICS, LLC, and            CASE NO.: **1:26−CV−12084−LTS**
DAVID ELLMAN MD,

      Plaintiffs,

v.

BTL INDUSTRIES, INC.,

      Defendant.

_____/

### AFFIDAVIT OF GARY N. MANSFIELD

In accordance with Local Rule 85.5.3(e), I, Gary N. Mansfield, Esquire, hereby certify that

1.      I am a partner with the law firm Mansfield, Bronstein & Stone, LLP located at 200 East Broward Boulevard, Suite 1250 Fort Lauderdale, Florida 33301.

2.      I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3.      I am not and have not been the subject of any disciplinary proceedings in any jurisdiction in which I am a member of the bar.

4.      I have not had a previous *pro hac vice* admission to this Court revoked for misconduct.

5.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on June 9, 2026.

Gary N. Mansfield, Esquire
Mansfield, Bronstein & Stone, LLP
200 East Broward Boulevard, Suite 1250
Fort Lauderdale, Florida 33301
(954) 601-5600
gary@mblawpa.com