**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ELLMAN AESTHETICS, LLC, and             CASE NO.: **1:26−CV−12084−LTS**
DAVID ELLMAN MD,

      Plaintiffs,

v.

BTL INDUSTRIES, INC.,

      Defendant.

_____/

**ORDER GRANTING MOTION FOR *PRO HAC VICE*
ADMISSION OF GARY N. MANSFIELD**

**THIS CAUSE** having come before the Court on the Motion for *Pro Hac Vice* Admission

of Gary N. Mansfield ("Motion") submitted by Movant, Marian A. Kornilowicz, Esq., and the

Court being fully advised in the premises, hereby **ORDERS AND ADJUDGES:**

    1.     The Motion is **GRANTED**.

    2.     Gary N. Mansfield is approved for the purpose of appearing as counsel for Plaintiffs

in the above-styled action.

    **DONE** and **ORDERED** in Chambers in Boston, Massachusetts on this _____ day of

_____, 2026.


                                     _____
                                     DISTRICT COURT JUDGE