**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ELLMAN AESTHETICS, LLC, and          CASE NO.: **1:26−CV−12084−LTS**
DAVID ELLMAN MD,

       Plaintiffs,

v.

BTL INDUSTRIES, INC.,

       Defendant.

_____/

## AFFIDAVIT OF ARIANE WOLINSKY

In accordance with Local Rule 85.5.3(e), I, Ariane Wolinsky, Esquire, hereby certify that

1.      I am a partner with the law firm Mansfield, Bronstein & Stone, LLP located at 200 East Broward Boulevard, Suite 1250 Fort Lauderdale, Florida 33301.

2.      I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3.      I am not and have not been the subject of any disciplinary proceedings in any jurisdiction in which I am a member of the bar.

4.      I have not had a previous *pro hac vice* admission to this Court revoked for misconduct.

5.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on June 9 , 2026.

*Ariane Wolinsky*
_____
Ariane Wolinsky, Esquire
Mansfield, Bronstein & Stone, LLP
200 East Broward Boulevard, Suite 1250
Fort Lauderdale, Florida 33301
(954) 601-5600
ariane@mblawpa.com