**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ELLMAN AESTHETICS, LLC, and                     CASE NO.: **1:26−CV−12084−LTS**
DAVID ELLMAN MD,

      Plaintiffs,

v.

BTL INDUSTRIES, INC.,

      Defendant.

                                    /

## ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF ARIANE WOLINSKY

THIS CAUSE having come before the Court on the Motion for *Pro Hac Vice* Admission of Ariane Wolinsky ("Motion") submitted by Movant, Marian A. Kornilowicz, Esq., and the Court being fully advised in the premises, hereby **ORDERS AND ADJUDGES:**

    1.    The Motion is **GRANTED**.

    2.    Ariane Wolinsky is approved for the purpose of appearing as counsel for Plaintiffs in the above-styled action.

    **DONE** and **ORDERED** in Chambers in Boston, Massachusetts on this _____ day of _____, 2026.

 

                                              _____
                                            DISTRICT COURT JUDGE