# VERIFIED RETURN OF SERVICE

**State of Massachusetts**          County of          **U.S. District Court**

Case Number: 1:26-CV-12084-LTS

Plaintiff: **ELLMAN AESTHETICS, LLC, ET AL**

vs.

Defendant: **BTL INDUSTRIES, INC**

For: Marian A. Kornilowicz
     Mansfield, Bronstein & Stone, LLP

BII2026001221

Received by Burke Process Service on the 11th day of May, 2026 at 11:55 am to be served on **BTL INDUSTRIES, INC., 362 ELM STREET, MARLBOROUGH, MA 01752**. I, Barry Sims , do hereby affirm that on the 13th day of May , 20 26 at 2 :15 p.m., executed service by delivering a true copy of the **Summons, Complaint with Exhibits, Civil Cover Sheet, Return of Service** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: By serving therein named individual at listed business address

( ) DESIGNATED SERVICE, : By serving _____ , as _____ , who stated that he/she was the designated person to accept service on the within named subject's behalf in their absence, and informed said person of the contents therein in compliance with state statutes.

( ) CORPORATE SERVICE REGISTERED AGENT: By serving Jason Wooden as Registered Agent

( X ) CORPORATE SERVICE: By serving Jason Wooden as manager , as an agent/employee of the corporation or Registered Agent, as allowed by Florida Statutes and informed said person of the contents wherein.

( ) CORPORATE SERVED AT USUAL PLACE OF ABODE by leaving a copy with the date and hour endorsed thereon by me to _____ , who is co-resident & is 15 years of age or older of Corporate officer, Registered Agent or Corporate Director: _____ , as allowed by FL Statutes 48.081 (3) (b) and 48.031 (1) (a) and informed said person of the contents wherein.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS:_____
_____
_____
_____

Age 45   Sex (M) F   Race white   Height 5'10"   Weight 190   Hair brown   Glasses Y N

## VERIFIED RETURN OF SERVICE For 1:26-CV-12084-LTS

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. I certify that I am over the age of 18, have no interest in the above action and am a Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

PROCESS SERVER # ____Constable____
Appointed in accordance with State Statutes

**Burke Process Service**
**1500 N Ocean Blvd**
**Unit 403**
**Pompano Beach, FL 33062**
**(954) 514-0116**

Our Job Serial Number: 2026001221