ELLMAN AESTHETICS, LLC and )
DAVID ELLMAN, M.D., )
)
      Plaintiffs )
)
v. )        C.A. No. 1:26-cv-12084
)
BTL INDUSTRIES, INC., )
)
      Defendant )
)

## <u>DEFENDANT'S SECOND ASSENTED-TO MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant BTL Industries, Inc. ("Defendant" or "BTL") moves this Court for an Order that it be granted an extension of time up to and including July 16, 2026 to answer or otherwise respond to Plaintiffs Ellman Aesthetics, LLC and David Ellman, M.D.'s (collectively, "Plaintiffs" or "Ellman") Complaint. In support of this Motion, Defendant states as follows:

1.      Ellman filed the Complaint in this matter on May 7, 2026. Plaintiffs served the Complaint on BTL on or about May 13, 2026.

2.      Undersigned counsel was engaged to represent BTL on May 28, 2026.

3.      On June 8, 2026, BTL filed an assented-to Motion for an extension of time to answer or otherwise respond to the complaint ("First Motion to Extend"). On June 9, 2026, the Court allowed the First Motion to Extend.

4.      On July 2, 2026, undesigned counsel corresponded via email with Plaintiff's counsel to request that certain allegations of the Complaint be stricken. Undersigned counsel also suggested that the parties agree to a further 10-day extension of the time for Defendant to answer

or otherwise respond to the complaint while Plaintiff considered BTL's request. As of the date of this Motion, Plaintiff has not taken a position regarding BTL's request.

5. Neither the parties nor the Court will be prejudiced by the additional extension of time for Defendant to answer or otherwise respond to the Complaint.

WHEREFORE, with the assent of the Plaintiffs, Defendant respectfully requests that the Court enter an Order granting Defendants an extension of time up to and including July 16, 2026 to answer or otherwise respond to Plaintiffs' Complaint.

BTL INDUSTRIES, INC.
By its attorneys,


*/s/ Jon C. Cowen*
Jon C. Cowen (BBO #552961)
Harbor Light Legal, LLC
P.O. Box 2241
Rockport, MA 01966
Tel: 508-341-3180
Jon.c.cowen@outlook.com

Dated: July 6, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, this document was filed through the Court's electronic filing system and was sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Jon C. Cowen*
Jon C. Cowen