ELLMAN AESTHETICS, LLC and )
DAVID ELLMAN, M.D., )
  )
     Plaintiffs )
v. )     C.A. No. 1:26-cv-12084
  )
BTL INDUSTRIES, INC., )
  )
     Defendant )
  )

## DEFENDANT'S THIRD ASSENTED-TO MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, with the assent of plaintiffs, defendant BTL Industries, Inc. ("Defendant" or "BTL") hereby moves this Court for an Order extending the time for it to answer or otherwise respond to Plaintiffs Ellman Aesthetics, LLC and David Ellman, M.D.'s (collectively, "Plaintiffs" or "Ellman") Complaint.  In support of this Motion, Defendant states as follows:

1.     Ellman filed the Complaint in this matter on May 7, 2026.  Plaintiffs served the Complaint on BTL on or about May 13, 2026.  Undersigned counsel was engaged to represent defendant on May 28, 2026.

2.     On June 8, 2026, BTL filed an assented-to Motion for an extension of time to answer or otherwise respond to the complaint, doc nr. 5, which was allowed by the Court on June 9, 2026.  Plaintiff filed a Second Motion to Extend ("Second Motion to Extend") on July 6, 2026, doc nr. 13. As noted in the Second Motion to Extend, at that time, defendants' counsel had requested Plaintiff to strike certain allegations of the Complaint and plaintiff's counsel had agreed to a 10-day extension of time for Defendant to respond to the complaint while Plaintiff considered

the request.  On July 7, 2026, the Court allowed the Second Motion to Extend, by which the Court extended the date for BTL to respond to the complaint up to and including July 16, 2026.

3.　　　Subsequently, on July 12, 2026, Plaintiff's counsel confirmed that Plaintiff would strike certain allegations of the Complaint and file an Amended complaint.  Undersigned counsel confirmed to Plaintiff's counsel via email that, provided the offensive allegations were stricken, BTL would assent to the filing of an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).  At the present time, Ellman has not served defendant with the proposed amended complaint.

4.　　　BTL respectfully requests that the Court extend the date for it to answer or otherwise respond to the Amended Complaint to a date twenty (20) days after the filing of the amended pleading.

5.　　　Neither the parties nor the Court will be prejudiced by the relief requested in this motion.

WHEREFORE, with the assent of the Plaintiffs, Defendant BTL Industries, Inc. respectfully requests that the Court enter an Order that the defendant have up to twenty (20)  days after the filing of the Amended Complaint for it to answer or otherwise respond to the Amended Complaint.

BTL INDUSTRIES, INC.
By its attorneys,

*/s/ Jon C. Cowen*
Jon C. Cowen (BBO #552961)
Harbor Light Legal, LLC
P.O. Box 2241
Rockport, MA 01966
Tel: 508-341-3180
Jon.c.cowen@outlook.com

Dated: July 15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, this document was filed through the Court's electronic filing system and was sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Jon C. Cowen*
Jon C. Cowen