**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ELLMAN AESTHETICS, LLC, and                    CASE NO.: **1:26−CV−12084−LTS**
DAVID ELLMAN MD,

      Plaintiffs,

v.

BTL INDUSTRIES, INC.,

      Defendant.

_____/

**JOINT STIPULATION ON PLEADING DEADLINES**

Plaintiffs, Ellman Aesthetics, LLC and David Ellman MD (collectively, "Plaintiffs"), and

Defendant, BTL Industries, Inc. ("Defendant"), have conferred regarding the status of this case

and agreed to the following:

1.    Plaintiffs will file their Amended Complaint within twenty (20) days of this

Stipulation.

2.    Defendant will then have twenty (20) days from the date of the filing of Plaintiffs'

Amended Complaint to respond to the Amended Complaint.

Dated: July 21, 2026

                                    Respectfully submitted,

*/s/ Jon C. Cowen*                                   */s/ Gary N. Mansfield*
Jon C. Cowen (BBO #552961)              Gary N. Mansfield
Harbor Light Legal, LLC                       Ariane Wolinsky
P.O. Box 2241                                       David Stone
Rockport, MA 01966                            Mansfield Bronstein & Stone, LLP
Tel: 508-341-3180                                200 E. Broward Blvd
Jon.c.cowen@outlook.com                   Suite 1250
                                                             Ft. Lauderdale, FL 33301
*Attorneys for Defendant BTL Industries, Inc*   954-601-5600
                                                             Email: litigation@mblawpa.com

Marian A. Kornilowicz (BBO# 277680)
COHEN, SEGLIAS PALLAS,
GREENHALL & FURMAN, P.C. 1600
Market St., 32nd Floor Philadelphia, PA
19103 Tel.: 215-564-1700 Fax: 512-564-3066
mak@cohenseglias.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

*/s/ Gary N. Mansfield*
**GARY N. MANSFIELD, ESQ.**

2