UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELLMAN AESTHETICS, LLC and DAVID ELLMAN, M.D., Plaintiffs | ) | |
| v. | ) | C.A. No. 1:26-cv-12084 |
| BTL INDUSTRIES, INC., Defendant | ) | |

**ASSENTED-TO MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, defendant BTL Industries, Inc. ("Defendant" or "BTL"), with the assent of plaintiffs Ellman Aesthetics, LLC and David Ellman, M.D.'s (collectively, "Plaintiffs" or "Ellman"), hereby moves to extend the time for it to respond to Plaintiffs' Second Amended Complaint. BTL moves for an Order that it be permitted to file a responsive pleading up to and including September 18, 2026. In support of this Motion, Defendant states as follows:

1. Ellman filed the Complaint in this matter on May 7, 2026. In their Complaint, Plaintiffs asserted five (5) causes of action against BTL.

2. On July 7, 2026, the Court allowed BTL's Second Motion to Extend, by which the Court extended the date for BTL to answer or otherwise respond to Plaintiffs' complaint up to and including July 16, 2026.

3. Subsequently, on July 12, 2026, after conferring with counsel for BTL, Plaintiff's counsel confirmed that Ellman would delete certain allegations from the Complaint and file an Amended complaint. The parties agreed, via email, that so long as the offensive allegations were

stricken from the complaint, BTL would assent to the filing of an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

4. Plaintiffs filed their Amended Complaint on August 5, 2026 (Dkt. #19).

5. On August 6, 2026, undersigned counsel informed Plaintiffs' counsel that the Amended Complaint still contained certain allegations that were inaccurate, and requested that a corrected pleading be filed.

6. On August 14, 2026, the parties filed a Joint Stipulation (dkt. #20) which provided, in relevant part, that "by inadvertence, the Amended Complaint did not omit certain… allegations which Plaintiffs had… agreed to strike from the original Complaint." The stipulation further provided that Plaintiffs would file a Second Amended Complaint and that Defendant would have twenty (20) days from the date of filing to answer or otherwise respond.

7. Plaintiffs filed a Second Amended Complaint, now containing four (4) counts, on August 18, 2026 (dkt. #22).

8. BTL intends to file a motion to dismiss the four (4) remaining counts of the Complaint. Undersigned counsel has so informed counsel for Ellman and, pursuant to Local Rule 7.1(a)(2), requested a time to meet and confer to discuss, and attempt to resolve or narrow the issues concerning the motion to dismiss.

9. With the upcoming Labor Day holiday, the parties were unable to find a mutually convenient time to meet and confer before September 8, 2026, the date that BTL is presently due to respond to the Second Amended Complaint. However, counsel have set a date to "meet and confer" on Thursday, September 10, 2026.

10. It is unknown, at present, whether the parties will be able to resolve or narrow the issues that would otherwise need to be presented to the Court in Defendant's anticipated motion to

dismiss. That will not be known until after the "meet and confer" conference takes place on September 10, 2026.

11. Counsel expects that a short amount of time after the "meet and confer" conference takes place will be required to potentially narrow the issues presented to the Court in Defendant's anticipated motion to dismiss.

12. The parties have conferred and agreed to request an extension of ten (10) days from the present response date of September 8, 2026 for BTL to serve and file its response to the Second Amended Complaint, up to and including September 18, 2026.

13. It is in the interest of judicial economy and substantial justice for the parties to attempt to resolve the issues that would otherwise be presented to the Court in Defendant's anticipated motion to dismiss.

14. Neither the parties nor the Court will be prejudiced by the short extension of time for Defendant to respond to the Second Amended Complaint.

WHEREFORE, with the assent of the Plaintiffs, Defendant respectfully requests that the Court enter an Order granting Defendants an extension of time up to and including September 18, 2026 to answer or otherwise respond to the Second Amended Complaint.

BTL INDUSTRIES, INC.
By its attorneys,

*/s/ Jon C. Cowen*

Jon C. Cowen (BBO #552961)
Harbor Light Legal, LLC
P.O. Box 2241
Rockport, MA 01966
Tel: 508-341-3180
Jon.c.cowen@outlook.com

ASSENTED TO:

ELLMAN AESTHETICS, LLC, and
DAVID ELLMAN, M.D.,
By its attorneys,

*/s/ Gary N. Mansfield*

Gary N. Mansfield
Ariane Wolinsky
David Stone
Mansfield Bronstein & Stone, LLP
200 E. Broward Blvd
Suite 1250
Ft. Lauderdale, FL 33301
954-601-5600
Email: litigation@mblawpa.com

Marian A. Kornilowicz (BBO# 277680)
COHEN, SEGLIAS PALLAS,
GREENHALL & FURMAN, P.C.
1600 Market St., 32nd Floor
Philadelphia, PA 19103
Tel.: 215-564-1700
Fax: 512-564-3066
mak@cohenseglias.com

Dated: September 3, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, this document was filed through the Court's electronic filing system and was sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Jon C. Cowen*

Jon C. Cowen