UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELLMAN AESTHETICS, LLC and DAVID ELLMAN, M.D., Plaintiffs | ) | |
| v. | ) | C.A. No. 1:26-cv-12084 |
| BTL INDUSTRIES, INC., Defendant | ) | |

**DEFENDANT BTL INDUSTRIES, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant BTL Industries, Inc. ("BTL") hereby moves this Court to dismiss *with prejudice* the Second Amended Complaint of plaintiffs Ellman Aesthetics, LLC and David Ellman, M.D. Plaintiffs have failed to allege sufficient facts to establish any of their three (3) remaining claims for violation of Florida's Deceptive and Unfair Trade Practices Act (Count I); violation of the Sherman Act (Count III); or Fraud (Count IV). In support of this Motion, Defendant refers the Court to the accompanying Memorandum of Law, incorporated herein by reference.

WHEREFORE, defendant BTL Industries, Inc. respectfully requests that the Court dismiss all remaining counts of Plaintiffs' Second Amended Complaint; and that it enter such other relief as it deems meet and just.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), BTL respectfully requests that the Court schedule a hearing on this motion as soon as the Court's calendar permits.

BTL INDUSTRIES, INC.
By its attorneys,

*/s/ Jon C. Cowen*
Jon C. Cowen (BBO #552961)
Harbor Light Legal, LLC
P.O. Box 2241
Rockport, MA 01966
Tel: 508-341-3180
Jon.c.cowen@outlook.com

Dated: September 18, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, this document was filed through the Court's electronic filing system and was sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Jon C. Cowen*
Jon C. Cowen

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned counsel hereby certifies that, on September 10, 2026, he conferred with counsel for Plaintiffs in a good faith attempt to resolve or narrow the issues set forth herein.

*/s/ Jon C. Cowen*
Jon C. Cowen