**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ELLMAN AESTHETICS, LLC, and
DAVID ELLMAN MD,

CASE NO.: **1:26−CV−12084−LTS**

Plaintiffs,

v.

BTL INDUSTRIES, INC.,

Defendant.
_______________________________________/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BTL INDUSTRIES, INC.'S MOTION TO DISMISS**

Plaintiffs, ELLMAN AESTHETICS, LLC and DAVID ELLMAN MD (collectively, "Plaintiffs"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7.1, hereby files this Unopposed Motion for Extension of Time to file a response in opposition to Defendant BTL Industries, Inc.'s Motion to Dismiss Counts I, III, and IV of Plaintiffs' Second Complaint and Incorporated Memorandum of Law in Support Thereof, and as good cause, states as follows:

1. On or about September 18, 2026, Defendant, BTL Industries, Inc. ("BTL"), filed its Motion to Dismiss Counts I, III, and IV of Plaintiffs' Second Complaint and Incorporated Memorandum of Law in Support Thereof [DE 27] ("BTL's Motion to Dismiss").

2. Accordingly, Plaintiffs have until October 2, 2026, to file a response to BTL's Motion to Dismiss (the "Motion").

3. Plaintiff respectfully request an additional twenty (20) days to file their response to the Motion. Good cause exists for this brief extension. The Motion raises complex legal issues that require substantial research and the preparation of a thorough response. Additionally, undersigned

counsel has had a previously scheduled and pre-paid vacation, observance of Yom Kippur, and a recent illness, all of which have limited the time available to complete the response. Accordingly, Plaintiffs respectfully request a twenty (20) day extension of time in which to respond to the Motion.

4. This Motion is filed in good faith and for good cause shown. It is not filed for the purpose of delay or to inconvenience any Party.

5. BTL will not be prejudiced by the granting of this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and provide the requested relief.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the undersigned certifies that on September 25, 2026, Plaintiffs' counsel conferred with counsel for BTL, John Cohen, via email, and was advised that BTL does not oppose the relief requested herein.

Respectfully submitted,

/s/ *Gary N. Mansfield, Esq.*
**GARY N. MANSFIELD, ESQ.**
**FBN: 61913**
MANSFIELD BRONSTEIN & STONE, LLP
200 E. Broward Blvd., Suite 1250
Fort Lauderdale, FL 33301
Tel: 954-601-5600
litigation@mblawpa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via the Court's electronic filing notification system upon all parties registered to receive electronic notice in this case on this 25th day of September 2026.

/s/ *Gary N. Mansfield, Esq*.
**GARY N. MANSFIELD, ESQ.**