**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**ELLMAN AESTHETICS, LLC, and**
**DAVID ELLMAN MD,**

**CASE NO.: 1:26−CV−12084−LTS**

**Plaintiffs,**

**v.**

**BTL INDUSTRIES, INC.,**

**Defendant.**
**_______________________________________/**

## AFFIDAVIT OF BEATRIZ TIEMI SUZUKI

In accordance with Local Rule 85.5.3(e), I, Beatriz Tiemi Suzuki, Esquire, hereby certify that:

1. I am a partner with the law firm Mansfield, Bronstein & Stone, LLP located at 200 East Broward Boulevard, Suite 1250 Fort Lauderdale, Florida 33301.

2. I am a member in good standing in the jurisdictions in which I have been admitted to practice.

3. I am not and have not been the subject of any disciplinary proceedings in the jurisdictions in which I am a member of the bar.

4. I have not had a previous *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on October 22, 2026.

*/s/ Beatriz T. Suzuki*
Beatriz Tiemi Suzuki, Esquire
Mansfield, Bronstein & Stone, LLP
200 East Broward Boulevard, Suite 1250
Fort Lauderdale, Florida 33301
(954) 601-5600
Beatriz@mblawpa.com