**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**ELLMAN AESTHETICS, LLC, and DAVID ELLMAN MD,**

**Plaintiffs,**

**v.**

**BTL INDUSTRIES, INC.,**

**Defendant.**
**______________________________________/**

**CASE NO.: 1:26−CV−12084−LTS**

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF BEATRIZ TIEMI SUZUKI**

**THIS CAUSE** having come before the Court on the Motion for *Pro Hac Vice* Admission of Beatriz Tiemi Suzuki ("Motion") submitted by Movant, Marian A. Kornilowicz, Esq., and the Court being fully advised in the premises, hereby **ORDERS AND ADJUDGES:**

1. The Motion is **GRANTED**.

2. Beatriz Tiemi Suzuki is approved for the purposes of appearing as counsel for Plaintiffs in the above-styled action.

**DONE** and **ORDERED** in Chambers at Boston, Massachusetts on ________________, 2026.

___________________________
DISTRICT COURT JUDGE